IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| KENNETH DEWEY VOSS, | ) | 4:15CV3137 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| PETE RICKETTS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on its own motion. Plaintiff Kenneth Dewey Voss filed a Complaint (Filing No. 1) on November 12, 2015. He also filed a separate document (Filing No. 2) essentially stating that, as a sovereign citizen, he is not obligated to pay the court's filing fee. He is mistaken. *See* 28 U.S.C. § 1914 (requiring parties instituting any civil action to pay a filing fee).

Voss has the choice of either submitting the $400.00 filing and administrative fees to the clerk's office or submitting a request to proceed in forma pauperis. Any request to proceed in forma pauperis must include an affidavit that includes a statement of all of his assets. *See* 28 U.S.C. § 1915(a)(1). Failure to take either action within 30 days will result in the court dismissing this case without further notice to Voss.

IT IS THEREFORE ORDERED that:

1. Plaintiff is directed to submit the $400.00 fees to the clerk's office or submit a request to proceed in forma pauperis within 30 days. Failure to take either action will result in dismissal of this matter without further notice.

2. The clerk of the court is directed to send to Plaintiff the Form AO240 ("Application to Proceed Without Prepayment of Fees and Affidavit").

3. The clerk of the court is directed to set a pro se case management deadline in this matter with the following text: December 18, 2015: Check for MIFP or payment.

DATED this 16th day of November, 2015.

BY THE COURT:

*s/ John M. Gerrard*
United States District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.