7075 0840 0000 4628 6727

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

Kenneth Dewey Voss
Plaintiff

Case No. 4:15OV 3137

v.

1. Pete Ricketts, Individual and as Governor, the State of Nebraska;

2. Doug Peterson, Individual and as Attorneys General of the State of Nebraska;

3. Frankie J. Moore, Individual and Chief Justice of the State of Nebraska Court of Appeals;

4. John F. Irwin, Individual and Justice of the State of Nebraska Court of Appeals;

5. Everett O. Inbody, Individual and Justice of the State of Nebraska Court of Appeals;

6. Michael W. Pirtle, Individual and Justice of the State of Nebraska Court of Appeals;

7. Riko E. Bishop, Individual and Justice of the State of Nebraska Court of Appeals;

8. Francie C. Riedmann, Individual and Justice of the State of Nebraska Court of Appeals;

9. Teresa Brown, Individual and Clerk of the State of Nebraska Court of Appeals;

FILED U.S. DISTRICT COURT DISTRICT OF NEBRASKA
2015 DEC 18 PM 2:27
OFFICE OF THE CLERK



RECEIVED
DEC 16 2015
CLERK
U.S. DISTRICT COURT

Kenneth Dewey Voss v. Ricketts, et al,
Amended Complaint to United States District Court

page 1/17

10. Bruce Papstein, Individual and Sheriff ]
of County of Brown, State of ]
Nebraska, ]
]
11. James Orr, Individual, and Judge of ]
the Brown County Court; ]
]
12. Roxanne Philben, Individual and ]
Clerk of the Brown County Court; ]
]
13. Travis D. Hobbs, Individual and ]
Clerk of the Brown County District ]
Court ]
]
14. Beverly Newport, Individual and ]
Long Pine, Nebraska, Mayor ]
]
15. Karin L. Noakes, Individual and as ]
District Judge, State of Nebraska ]
]
16. Michael G. Heavican, Individual and ]
as Chief Justice, State of Nebraska ]
Supreme Court ]
]
17. Michael McCormack, Individual and as ]
Justice, State of Nebraska Supreme ]
Court ]
]
18. Stephanie F. Stacy, Individual and as ]
Justice, State of Nebraska Supreme ]
Court ]
]
19. William M. Connolly, Individual and as ]
Justice, State of Nebraska Supreme ]
Court ]
]
20. Lindsey Miller-Lerman, Individual and ]
as Justice, State of Nebraska ]
Supreme Court ]
]
21. John F. Wright, Individual and as ]
Justice, State of Nebraska Supreme ]
Court ]
]

22. William B. Cassel, Individual and as       ]
Justice, State of Nebraska Supreme             ]
Court                                          ]
                                               ]
23. Zack Welch, Individual and as Deputy       ]
Sheriff, Brown County, Nebraska                ]
                                               ]
24. Rodney J. Palmer, Individual and as        ]
County Attorney for Brown County               ]
Nebraska                                       ]
                                               ]
    Defendants                                 ]
                                               ]
John and Jane Does, 1-99, officials            ]
officers of the State of Nebraska, or          ]
any political subdivision thereof              ]

## AMENDED COMPLAINT FOR
## FALSE ARREST AND IMPRISONMENT, BATTERY,
## AND MALICIOUS PROSECUTION
## AND VIOLATION OF NATURAL AND CIVIL RIGHTS

    Kenneth Dewey Voss, a man created by Nature and the Laws of Nature's God, proceeding in his own right, politically as one of the "people of the United States" and NOT as one of the "inhabitants of the United States" as those terms are used in the 1783 Definitive Treaty of Peace, Article 3, currently living on the land of the United States, more specifically Nebraska territory state, and NOT within the District of Columbia, the territories, possessions or the insular possessions of the United States of America, nor the Federal State of Nebraska, enters his Complaint against the Defendants as follows and would show the Court the following:

### INTRODUCTION

    Kenneth Dewey Voss, brings this action pursuant to the 1787 Constitution of the United States for the United States of America, for violations thereof by the Defendants, specifically for violations of their

individual Oaths of Office required by Article VI, Clause 3, "The Senators and Representatives before mentioned, and the Members of the several State Legislatures, and all executive and judicial Officers, both of the United States and of the several States, shall be bound by Oath or Affirmation, to support this Constitution; but no religious Test shall ever be required as a Qualification to any Office or public Trust under the United States.";

Denial of protection afforded the "people of the United States" by the 1787 Constitution of the United States for the United States of America, for natural rights, political rights and civil rights as in Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §2000e et seq.

## First Cause of Action

Plaintiff complains of defendants and for a first cause of action alleges, denial of political character and status recognition, and states:

### I

Plaintiff, Kenneth Dewey Voss, is, and at all times mentioned was, a man, created by Nature and the laws of Nature's God, and politically as one of the "people of the United States", currently living on the land of the United States, more specifically, of Nebraska, and who has made his individual Political Character and Status well known by recording the same in the Public Record of Brown County, Nebraska.

### II

Defendant, Pete Ricketts, individual and as Governor, State of Nebraska, is, and at all times mentioned was, a resident, and the duly elected, qualified, and acting Governor, State of Nebraska, and may be

served process at: Office of the Governor, P.O. Box 94848, Lincoln, Nebraska 68509-4848.

Defendant, Doug Peterson, individual and as Attorneys General, State of Nebraska, Office of the Attorney General, 2115 State Capitol, Lincoln, Nebraska 68509, is, and at all times mentioned was, a resident, and the duly elected, qualified, and acting Attorneys General, State of Nebraska, and may be served process at: Office of the Attorney General, 2115 State Capitol, Lincoln, Nebraska 68509.

Defendant, Frankie J. Moore, individual and as Chief Judge, State of Nebraska Court of Appeals, is, and at all times mentioned was, a resident, and the duly elected, qualified, and acting Chief Judge, State of Nebraska Court of Appeals, and may be served process at: Frankie J. Moore, individual and as Chief Judge, State of Nebraska Court of Appeals, 300 East Third Street, Suite 254, North Platte, Nebraska 69101

Defendant, John F. Irwin, individual and as Judge, State of Nebraska Court of Appeals, is, and at all times mentioned was, a resident, and the duly elected, qualified, and acting Judge, State of Nebraska Court of Appeals, and may be served process at: John F. Irwin, individual and as Judge, State of Nebraska Court of Appeals, 1210 Golden Gate Dr., Papillion, Nebraska 68046.

Defendant, Everett O. Inbody, individual and as Judge, State of Nebraska Court of Appeals, is, and at all times mentioned was, a resident, and the duly elected, qualified, and acting Judge, State of Nebraska Court of Appeals, and may be served process at: Everett O. Inbody, individual and as Judge, State of Nebraska Court of Appeals, 341 North Elm Street, Wahoo, Nebraska 68066.

Defendant, Michael W. Pirtle, individual and as Judge, State of Nebraska Court of Appeals, is, and at all times mentioned was, a resident, and the duly elected, qualified, and acting Judge, State of Nebraska Court of

Appeals, and may be served process at: Michael W. Pirtle, individual and as Judge, State of Nebraska Court of Appeals, 10730 Pacific Street, Suite 238, Omaha, Nebraska 68114.

Defendant, Riko E. Bishop, individual and as Judge, State of Nebraska Court of Appeals, is, and at all times mentioned was, a resident, and the duly elected, qualified, and acting Judge, State of Nebraska Court of Appeals, and may be served process at: Riko E. Bishop, individual and as Judge, State of Nebraska Court of Appeals, P.O. Box 98910, Lincoln, Nebraska 68509.

Defendant, Francie C. Riedmann, individual and as Judge, State of Nebraska Court of Appeals, is, and at all times mentioned was, a resident, and the duly elected, qualified, and acting Judge, State of Nebraska Court of Appeals, and may be served process at: Francie C. Riedmann, individual and as Judge, State of Nebraska Court of Appeals, 216 Enterprise Drive, Suite 1A, Gretna, Nebraska 68028.

Defendant, Teresa Brown, individual and as Clerk of the Supreme Court and Court of Appeals, is, and at all times mentioned was, a resident, and the duly elected, qualified, and acting Clerk of the Supreme Court and Court of Appeals, and may be served process at: Teresa Brown, individual and as Clerk of the Supreme Court and Court of Appeals, P.O. Box 98910, Lincoln, Nebraska 68509.

Defendant, Bruce Papstein, individual and as Sheriff, Brown County, Nebraska, is, and at all times mentioned was, a resident, and the duly elected, qualified, and acting Sheriff, Brown County, Nebraska, and may be served process at: Bruce Papstein, individual and as Sheriff, Brown County, Nebraska, 142 W 4th Street, Ainsworth, Nebraska 69210.

Defendant, Zack Welch, individual and as Deputy Sheriff, Brown County, Nebraska, is, and at all times mentioned was, a resident, and the duly elected, qualified, and acting Deputy Sheriff, Brown County, Nebraska,

and may be served process at: Zack Welch, individual and as Deputy Sheriff, Brown County, Nebraska, 142 W 4th Street, Ainsworth, Nebraska 69210.

Defendant, James Orr, individual and as Brown County, Nebraska, County Court Judge, is, and at all times mentioned was, a resident, and the duly elected, qualified, and acting Brown County, Nebraska, County Court Judge, and may be served process at: James Orr, individual and as Brown County, Nebraska, County Court Judge, 148 West 4th Street, Ainsworth, Nebraska 69210.

Defendant, Karin L. Noakes, individual and as State of Nebraska, District Judge, is, and at all times mentioned was, a resident, and the duly elected, qualified, and acting State of Nebraska, District Judge, and may be served process at: Karin L. Noakes, individual and as State of Nebraska, District Judge, P.O. Box 74, St. Paul, Nebraska 68873.

Defendant, Rodney J. Palmer, individual and as County Attorney, Brown County, Nebraska, is, and at all times mentioned was, a resident, and the duly elected, qualified, and acting County Attorney, Brown County, Nebraska, and may be served process at: Rodney J. Palmer, individual and as County Attorney, Brown County, Nebraska, 148 W 4th St, Ainsworth, Nebraska 69210

Defendant, Roxanne Philben. individual and as Clerk of the Brown County, Nebraska, County Court, is, and at all times mentioned was, a resident, and the duly elected, qualified, and acting Clerk of the Brown County, Nebraska, County Court, and may be served process at: Roxanne Philben. individual and as Clerk of the Brown County, Nebraska, County Court, 148 W 4th St, Ainsworth, Nebraska 69210

Defendant, Travis D. Hobbs, individual and as Clerk of the Brown County, Nebraska, District Court, is, and at all times mentioned was, a resident, and the duly elected, qualified, and acting Clerk of the Brown County, Nebraska, District Court, and may be served process at: Travis D.

Hobbs, individual and as Clerk of the Brown County, Nebraska, District Court, 148 W 4th St, Ainsworth, Nebraska 69210

Defendant, Beverly Newport, individual and as Mayor, City of Long Pine, Nebraska, is, and at all times mentioned was, a resident, and the duly elected, qualified, and acting Mayor, City of Long Pine, Nebraska, and may be served process at: Beverly Newport, individual and as Mayor, City of Long Pine, Nebraska, PO Box 398, Long Pine, Nebraska 69217.

Defendant, Michael G. Heavican, Individual and as Chief Justice, State of Nebraska Supreme Court, is, and at all times mentioned was, a resident, and the duly elected, qualified, and acting Chief Justice, State of Nebraska Supreme Court , and may be served process at: Michael G. Heavican, individual and as Chief Justice, State of Nebraska Supreme Court, State Capitol, Room 2214, Lincoln, Nebraska 68509.

Defendant, Michael McCormack, Individual and as Justice, State of Nebraska Supreme Court, is, and at all times mentioned was, a resident, and the duly elected, qualified, and acting Justice, State of Nebraska Supreme Court , and may be served process at: Michael McCormack, individual and as Justice, State of Nebraska Supreme Court, State Capitol, Room 2218, Lincoln, Nebraska 68509.

Defendant, Stephanie F. Stacy, Individual and as Justice, State of Nebraska Supreme Court, is, and at all times mentioned was, a resident, and the duly elected, qualified, and acting Justice, State of Nebraska Supreme Court , and may be served process at: Michael G. Heavican, individual and as Justice, State of Nebraska Supreme Court, State Capitol, Room 2219, Lincoln, Nebraska 68509.

Defendant, William M. Connolly, Individual and as Justice, State of Nebraska Supreme Court, is, and at all times mentioned was, a resident, and the duly elected, qualified, and acting Justice, State of Nebraska Supreme Court , and may be served process at: Michael G. Heavican,

individual and as Justice, State of Nebraska Supreme Court, State Capitol, Room 2210, Lincoln, Nebraska 68509.

Defendant, Lindsey Miller-Lerman, Individual and as Justice, State of Nebraska Supreme Court, is, and at all times mentioned was, a resident, and the duly elected, qualified, and acting Justice, State of Nebraska Supreme Court , and may be served process at: Michael G. Heavican, individual and as Justice, State of Nebraska Supreme Court, State Capitol, Room 2222, Lincoln, Nebraska 68509.

Defendant, John F. Wright, Individual and as Justice, State of Nebraska Supreme Court, is, and at all times mentioned was, a resident, and the duly elected, qualified, and acting Justice, State of Nebraska Supreme Court , and may be served process at: Michael G. Heavican, individual and as Justice, State of Nebraska Supreme Court, State Capitol, Room 2207, Lincoln, Nebraska 68509.

Defendant, William B. Cassel, Individual and as Justice, State of Nebraska Supreme Court, is, and at all times mentioned was, a resident, and the duly elected, qualified, and acting Justice, State of Nebraska Supreme Court , and may be served process at: Michael G. Heavican, individual and as Justice, State of Nebraska Supreme Court, State Capitol, Room 2211, Lincoln, Nebraska 68509.

Defendant, John Doe, individual and as Deputy Sheriff, Brown County, Nebraska, is, and at all times mentioned was, a resident, and the duly qualified, and acting Deputy Sheriff, Brown County, Nebraska, and may be served process at: John Doe, individual and as Deputy Sheriff, Brown County, Nebraska, 142 W 4th Street, Ainsworth, Nebraska 69210.

III

Defendant(s), are, and at all times mentioned were, residents of the State of Nebraska, a Federal political subdivision of the United States of America, by

the Enabling Act of April 19, 1864, U. S. Stat. At Large, vol. 13, p. 47, Section 4, which Act specifically states in relevant part: "That the constitution when formed shall be republican, and not repugnant to the Constitution of the United States and the principles of the Declaration of Independence;"

Defendant(s), are, and at all times mentioned were, residents of the State of Nebraska, a Federal political subdivision of the United States of America, and officers or officials of the State of Nebraska or a political subdivision thereof, and subject to the Constitution of the United States for the United States of America, in this case, Article VI, Clause 3:

> The Senators and Representatives before mentioned, and the Members of the several State Legislatures, and all executive and judicial Officers, both of the United States and of the several States, shall be bound by Oath or Affirmation, to support this Constitution; but no religious Test shall ever be required as a Qualification to any Office or public Trust under the United States.

### IV

Defendants are Executive or Judicial Branch officers/officials of the State of Nebraska or State of Nebraska political subdivisions, who are charged with not only knowing the laws of the State of Nebraska and enforcing those said laws of the State of Nebraska, but also in knowing to whom those said laws are applicable to and where those laws are applicable.

As Executive or Judicial Branch officers/officials of the State of Nebraska or State of Nebraska political subdivisions, the Defendants should know the laws of the State of Nebraska only apply on the land of Nebraska with the consent of the "people of the United States", of which the Plaintiff is one of those "people of the United States" who does not consent to the application

of the laws of the State of Nebraska on the land of Nebraska in relation to himself and his property.

V

On ___April 18, 2015___ [date], Defendant Zack Welch, Deputy Sheriff, under color and by virtue of his office and his official position, invaded the land of Nebraska, without the consent of the "people of the United States", maliciously, unlawfully, and without reasonable or probable cause, and without warrant or any process of any court, arrested plaintiff, one of the "people of the United States" and incarcerated plaintiff in the jail of Brown County, Nebraska and kept plaintiff confined there for the space of about ___31___ hours.

On ___April 15, 2015___ [date], Defendant Travis D. Hobbs, Clerk of the District Court, under color and by virtue of her office and her official position, invaded the land of Nebraska, without the consent of the "people of the United States", maliciously, unlawfully, and without reasonable or probable cause, and without warrant or any process of any court, charged Plaintiff, one of the "people of the United States" with a violation of the State of Nebraska statutes about returning a jury duty questionaire, and issued the process of the District Court to have Plaintiff answer why Plaintiff should not be held in contempt of the court, over the objection and lack of consent by the plaintiff. After a "trial" the matter was appealed to the State of Nebraska Court of Appeals, and the officers/officials of the State of Nebraska Court of Appeals failed/refused to honor the political character and status of the Plaintiff by refusing to dismiss the said Case.

On ___March 23, 2012___ [date], Defendant Beverly Newport, Mayor, City of Long Pine, Nebraska, under color and by virtue of her office and her official

position, invaded the land of Nebraska, without the consent of the "people of the United States", maliciously, unlawfully, and without reasonable or probable cause, and without warrant or any process of any court, charged Plaintiff, one of the "people of the United States" with a violation of the State of Nebraska/City of Long Pine statutes about cleaning up his private property, and issued the process of the District Court to have Plaintiff answer why Plaintiff should not be held in contempt of the court, over the objection and lack of consent by the plaintiff. After a "trial" the matter was appealed to the State of Nebraska Court of Appeals, and the officers/officials of the State of Nebraska Court of Appeals failed/refused to honor the political character and status of the Plaintiff by refusing to dismiss the said Case, for lack of in personam jurisdiction.

VI

Plaintiff was not at the time of the events alleged in this amended complaint, or at any other time, committing any offense against the laws of the land of Nebraska, and defendant(s) Deputy Sheriff, Travis D. Hobbs, and Beverly Newport did not have any reasonable grounds for believing that plaintiff was committing or had committed any offense against the laws of the land of Nebraska.

VII

By reason of the above, plaintiff was deprived of his liberty, to plaintiff's damage in the sum of $1,985,000.00.

VIII

In making the above-described unlawful arrest, defendant Deputy Sheriff acted will-fully, maliciously, and without any excuse or justification

whatever. Thus, plaintiff is entitled, by virtue of 18 USC 1961, et seq CIVIL RICO, to exemplary damages in the sum of $5,955,000.00.

IX

By committing the above-described willful, wanton, and malicious acts, defendant Deputy Sheriff breached the condition of his bond. Because of that breach, defendant constable and his surety are liable to plaintiff in the sum of $5,955,000.00.

## Second Cause of Action

Plaintiff complains against defendants and for a second cause of action for violation of the oaths of office by the defendants and the oath to the 1787 Constitution of the United States for the United States of America, alledges:

I

Plaintiff repeats and re-alledges Paragraphs I through VI of his first cause of action, as if expressly set forth at length.

II

At the time of the above-mentioned arrest, defendant Deputy Sheriff, was not properly trained and/or supervised as to the operation under the political character and status of "the people of the United States" operating on the land of Nebraska, by co-defendants, Pete Rickets, Doug Peterson or Bruce Papstein.

III

After defendant(s) Pete Rickets, Doug Peterson or Bruce Papstein had arrested and brought the matter to the Judicial Branch of the State of Nebraska, defendant(s) Frankie J. Moore, John F. Irwin, Everett O. Inbody,

Michael W. Pirtle, Riko E. Bishop, Francie C. Riedmann, Teresa Brown, James Orr, Roxanne Philben, Michael G. Heavican, Michael McCormack, Stephanie F. Stacy, William M. Connolly, Lindsey Miller-Lerman, John F. Wright, and William B. Cassel knew or should have known the political character and status of the Plaintiff placed him beyond the required inpersonam jurisdiction of the State of Nebraska and exercise their power and authority to dismiss the matter immediately.

IV

As a result of the above-described lack of action or inaction on the part of the defendant(s), their individual oaths of office and to the 1787 Constitution of the United States for the United States of America were violated, and the officers/officials lose any immunity they may have, and are placed back in society as one of the "inhabitants of the United States" who are personally liable for their actions and damages caused by their actions/inactions.

V

By committing the above-described willful, wanton, and malicious acts, each defendant breached the condition of their bond. Because of that breach, each defendant is liable to plaintiff in the sum of $5,955,000.00.

Third Cause of Action

Plaintiff complains against defendants and for a third cause of action for "continuing criminal enterprise" with a "pattern of racketeering activity" alleges:

I

Plaintiff repeats and realleges Paragraphs I through IX of his first cause of action and Paragraphs I through V of his second cause of action, as if expressly set forth at length.

II

The facts stated herein properly allege and show a "continuing criminal enterprise" with and by a "pattern of racketeering activity" perpetrated individually and collectively by the defendants to violate the Supreme Law of the Land, the Constitution of the United States for the United States of America, the Declaration of Independence, and the Definitive Treaty of Peace, 1783, all to the harm and prejudice of the "people of the United States", ex rel, Kenneth Dewey Voss.

III

The above-described prosecutions by defendants was malicious and without reasonable or probable cause, and was instituted by defendants to attempt to cover up and justify defendant's offensive and malicious acts and conduct in violating plaintiff's political character and status by arresting, harassing, annoying, and oppressing plaintiff.

IV

By reason of the above, plaintiff has been damaged in the sum of $125,055,000.00.

V

By committing the above-described willful, wanton, and malicious acts, defendants breached the condition of oath of office and any bond thereto, and because of that breach, defendants are liable to plaintiff in the sum of $500,220,000.00.

Wherefore, plaintiff requests judgment against defendants, and each of them, for:

1. On plaintiff's first cause of action:
 a. $1,985,000.00 as compensatory damages;
 b. $5,955,000.00 as exemplary damages;
2. On plaintiff's second cause of action:
 a. $5,955,000.00 as compensatory damages;
 b. $125,055,000.00 as exemplary damages;
3. On plaintiff's third cause of action:
 a. $83,370,000.00 as compensatory damages;
 b. $500,220,000.00 as exemplary damages;
4. Costs of suit and such other and further relief as the court deems just and proper.

Respectfully

*Kenneth Dewey Voss*

Kenneth Dewey Voss, the man, politically as one of the "people of the United States"
c/o P.O. Box 83
Long Pine, Nebraska  69217

## VERIFICATION

BEFORE ME THE UNDERSIGNED NOTARY PUBLIC, on this day, personally appeared Kenneth Dewey Voss, a man known to me. After I administered an oath to him, upon his oath, he said he read the above **AMENDED COMPLAINT FOR FALSE ARREST AND IMPRISONMENT, BATTERY, AND MALICIOUS PROSECUTION AND VIOLATION OF NATURAL AND CIVIL RIGHTS** and that the facts stated therein are within his personal knowledge and are true and correct.

_Kenneth Dewey Voss_
Kenneth Dewey Voss

SUBSCRIBED AND SWORN TO, before me the undersigned STATE OF NEBRASKA Notary Public, on the ___16___ day of December, 2015.

_Sherry B Buoy_
Notary Public - Signature

_Sherry L Buoy_
Notary Public - Printed Name
My Commission Expires on: ___September 9, 2017___

seal

SHERRY L. BUOY
My Commission Expires
September 9, 2017

**AMOUNT**
**$12.10**
R2304W119883-08

1006

# PRIORITY
## ★ MAIL ★

Kenneth Voss
PO Box 83
Long Pine, NE  69217

 DATE OF DELIVERY SPECIFIED*

 USPS TRACKING™ INCLUDED*

 INSURANCE INCLUDED*

 PICKUP AVAILABLE

* Domestic only

TO:

Office of the Clerk
UNITED STATES DISTRICT COURT
Roman L. Hruska U.S. Courthouse
111 S. 18th Plaza, Suite 1152
Omaha, NE  68102-1322

Case No -- 4:15CV3137

WHEN USED INTERNATIONALLY,
A CUSTOMS DECLARATION
LABEL MAY BE REQUIRED.



RECEIVED
DEC 18 2015
CLERK
U.S. DISTRICT COURT

PS00001000014

EP14F July 2013
OD: 12.5 x 9.5

**VISIT US AT USPS.COM®**
ORDER FREE SUPPLIES ONLINE


UNITED STATES POSTAL SERVICE®



# PRIORITY★ MAIL ★

**FLAT RATE ENVELOP|**
ONE RATE ★ ANY WEIGHT*



PS00001000014

EP14F July 2013
OD: 12.5 x 9.5



UNITED STATES POSTAL SERVICE®

* Domestic only.   × For International shipments, the maximum weight is 4 lbs.