IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| KENNETH DEWEY VOSS, | ) | 4:15CV3137 |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| PETE RICKETTS, et al., | ) | |
| Defendants. | ) | |

Plaintiff, a non-prisoner, has filed an "Objection to and No Consent to Dismissal Under the Clearfield Trust Doctrine and Demands Reconsideration of This Decision" (Filing No. 14), which I shall construe as a motion from relief from judgment under Fed. R. Civ. P. 60(b). Because Plaintiff has not, and cannot, demonstrate a ground upon which this court may relieve Plaintiff from the final judgment entered March 31, 2016, (Filing No. 13) dismissing this matter as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B)(i), Plaintiff's motion shall be denied.

IT IS ORDERED that Plaintiff's "Objection to and No Consent to Dismissal Under the Clearfield Trust Doctrine and Demands Reconsideration of This Decision" (Filing No. 14), construed as a motion from relief from judgment under Fed. R. Civ. P. 60(b), is denied.

DATED this 11th day of April, 2016.

BY THE COURT:
*Richard G. Kopf*
Senior United States District Judge